FILED'10 DEC 22 12:54USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PALAZZO VINTAGE HOMES, LLC, an
Oregon company, and PALAZZO VINTAGE
REPRODUCTION HOMES, LLC, an
Oregon company,

                Plaintiffs,

    v.

URBAN HOUSING DEVELOPMENT,
LLC, an Oregon company, CONCEPT
DESIGN AND ASSOCIATES, an Oregon
business, STEWARDSHIP REALTY, LLC,
an Oregon company, and VLADIMIR
OZERUGA, an individual,

                Defendants.

CV 09-1005-JE

OPINION AND ORDER

---

REDDEN, Judge:

    On November 29, 2010, Magistrate Judge John Jelderks filed his Findings and

PAGE 1 - OPINION AND ORDER

Recommendation (doc. 102) that the court dismiss this action based upon plaintiff's failure to comply with court orders dated October 8, 2010, and November 1, 2010.

The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Jelderks' factual findings de novo. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jerderks' Findings and Recommendation (doc. 102) as my own opinion, and I DISMISS this action with prejudice.

IT IS SO ORDERED.

DATED this 2 day of December, 2010.

                                        James A. Redden
                                        United States District Judge