FILED'11 APR 20 15:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC, an Oregon company, and PALAZZO VINTAGE REPRODUCTION HOMES, LLC, an Oregon company, | CV 09-1005-JE |
| Plaintiffs, | OPINION AND ORDER |
| v. | |
| URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, CONCEPT DESIGN AND ASSOCIATES, an Oregon business, STEWARDSHIP REALTY, LLC, an Oregon company, and VLADIMIR OZERUGA, an individual, | |
| Defendants. | |

REDDEN, Judge:

    On March 28, 2011, Magistrate Judge John Jelderks filed his Findings and

PAGE 1 - OPINION AND ORDER

Recommendation (doc. 118) that the court grant defendants' request for costs in the amount of $1,151.92, but deny their request for attorney fees under the Copyright Act, 17 U.S.C. § 505, and the Lanham Act, 15 U.S.C. § 1117(a).

The matter is now before me. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Jelderks' factual findings de novo. 28 U.S.C. § 636(b)(1)(C); see also Thomas v. Arn, 474 U.S. 140, 149-50 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (doc. 118) as my own opinion. I GRANT defendants' request to recover costs in the amount of $1,151.92 (doc. 111), and DENY defendants' request for attorney fees (doc. 108).

IT IS SO ORDERED.

DATED this 20 day of April, 2011.

James A. Redden
United States District Judge